Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 15−30127−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/17 at 10:30 AM

to consider and act upon the following:

*61* − Objection to (related document:60 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Brian T. Fultz. Objection deadline is 6/22/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian T. Fultz) filed by James Patrick Shay on behalf of PHH MORTGAGE CORPORATION. (Attachments: # 1 Certificate of Service) (Shay, James)

Dated: 6/22/17

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court