| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   BRIAN T. FULTZ | Case No.:  15-30127 RG<br><br>Hearing Date:  6/21/2017 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): BRIAN T. FULTZ

Case No.: 15-30127

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/21/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that upon receipt of Debtor's 2016 Tax Refund, Debtor is to pay $2,134.00 into the plan or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/19/2017.