UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BRIAN T. FULTZ

Case No.:  15-30127 RG

Hearing Date:  6/21/2017

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): BRIAN T. FULTZ

Case No.: 15-30127

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/21/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that upon receipt of Debtor's 2016 Tax Refund, Debtor is to pay $2,134.00 into the plan or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/19/2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Fultz  
    Debtor

Case No. 15-30127-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jun 29, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.  
db         +Brian T. Fultz,   610 McBride Avenue, Second Floor,   Woodland Park, NJ 07424-2822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:

    Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
    Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com  
    Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com  
    Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
    James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION james.shay@phelanhallinan.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
    Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

    TOTAL: 8