769191
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: PHH MORTGAGE CORPORATION
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRIAN T. FULTZ

Case No: 15-30127 - RG

Hearing Date: 10/18/2017

Judge:  Rosemary Gambardella

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 21, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**NJID 769191**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    BRIAN T. FULTZ

    Debtor

CASE NO. 15-30127 - RG

CHAPTER 13

ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

HEARING DATE: 10/18/2017

    This Order pertains to the property located at 610 Mcbride Avenue, Woodland Park, NJ 07424-2822, mortgage account ending with "3167";

    THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for Debtor, BRIAN T. FULTZ, upon the filing of a Notice of Request for Extension of Loss Mitigation Period, PHH MORTGAGE CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Notice of Request for Extension of Loss Mitigation Period and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2017, ORDERED as follows:

1. Debtor agrees to resume making Adequate Protection Payments owed to PHH MORTGAGE CORPORATION pursuant to the Loss Mitigation Order starting with the **November 1, 2017** payment and said payments are subject to a 30-day default clause;

2. Debtor must promptly respond to all of Secured Creditor's requests regarding additional documents or information needed, posted by Secured Creditor via the DMM Portal.

3. The Loss Mitigation Program is hereby extended to **December 11, 2017**.

4. Debtor must make two (2) immediate Regular Monthly Mortgage Payments to Secured Creditor by **October 31, 2017 with no further grace period**.

5. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.