769191
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: PHH MORTGAGE CORPORATION
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRIAN T. FULTZ

Case No: 15-30127 - RG

Hearing Date: 10/18/2017

Judge:  Rosemary Gambardella

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 21, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**NJID 769191**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    BRIAN T. FULTZ

CASE NO. 15-30127 - RG

CHAPTER 13

  Debtor

ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

HEARING DATE: 10/18/2017

    This Order pertains to the property located at 610 Mcbride Avenue, Woodland Park, NJ 07424-2822, mortgage account ending with "3167";

    THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for Debtor, BRIAN T. FULTZ, upon the filing of a Notice of Request for Extension of Loss Mitigation Period, PHH MORTGAGE CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Notice of Request for Extension of Loss Mitigation Period and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

    IT IS on the      day of      , 2017, ORDERED as follows:

1. Debtor agrees to resume making Adequate Protection Payments owed to PHH MORTGAGE CORPORATION pursuant to the Loss Mitigation Order starting with the **November 1, 2017** payment and said payments are subject to a 30-day default clause;

2. Debtor must promptly respond to all of Secured Creditor's requests regarding additional documents or information needed, posted by Secured Creditor via the DMM Portal.

3. The Loss Mitigation Program is hereby extended to **December 11, 2017**.

4. Debtor must make two (2) immediate Regular Monthly Mortgage Payments to Secured Creditor by **October 31, 2017 with no further grace period**.

5. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Fultz  
    Debtor

Case No. 15-30127-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 22, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.  
db          +Brian T. Fultz,    610 McBride Avenue, Second Floor,    Woodland Park, NJ 07424-2822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
          SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES,  
          SERIES 2006-NC2 nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK  
          NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2,  
          MORTGAGE PASS-THROUGH CERTFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
          Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,  
          Series 2006-NC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION  
          james.shay@phelanhallinan.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION  
          nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
         Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                         TOTAL: 9