Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−30127−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian T. Fultz
  610 McBride Avenue, Second Floor
  Woodland Park, NJ 07424

Social Security No.:
  xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      1/9/18
Time:      10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney

COMMISSION OR FEES
fee: $1,700.00

EXPENSES
expenses: $0.00.

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 12, 2017
JAN:

Jeanne Naughton
Clerk

Case 15-30127-RG    Doc 86    Filed 12/14/17    Entered 12/15/17 00:37:18    Desc Imaged
Certificate of Notice    Page 2 of 5

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 15-30127-RG
Brian T. Fultz                                                          Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                   Page 1 of 3         Date Rcvd: Dec 12, 2017
                               Form ID: 137                  Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             +Brian T. Fultz,    610 McBride Avenue, Second Floor,    Woodland Park, NJ 07424-2822
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SEC,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515815205      +Alvarado, Walter,    ATTN: Superior Court of NJ,    Passaic County,   77 Hamilton Street,
                 Paterson, NJ 07505-2040
515815206      +Americas Servicing Co/Wells Fargo Home M,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                 EAGAN, MN 55121-1786
515815213     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
515937921      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
515815218     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                 Kansas City, MO 64195)
515815215      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
516022077       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
515815216      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
515815217      +Chase Mht Bk,    Attention: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850-5298
515815221      +Ctbk/gardner/HSBC,    Hsbc Retail Services/Attn: Bankruptcy De,    Po Box 5213,
                 Carol Stream, IL 60197-5213
516016268      +Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
515815223      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
515815224      +Eastman Properties,    651 W Mt Pleasant Ave,   Livingston, NJ 07039-1600
515815227      +GOLDMAN & WARSHAW,    P.O BOX 2500,   Caldwell, NJ 07007-2500
515815228      +Hsbc/bsbuy,    Po Box 5253,   Carol Stream, IL 60197-5253
515815229      +Hsbc/bstby,    Po Box 5253,   Carol Stream, IL 60197-5253
515815225      +JessicaFultz,    615 McBride Avenue,   Woodland Park, NJ 07424-2820
515815234      +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,    PO BOX 5452,   MT LAUREL, NJ 08054-5452
515815232      +Mmca/c1,    Attention: Banktruptcy Department,    3120 Rider Trail S,
                 Earth City, MO 63045-1518
515838837      +PHH MORTGAGE CORPORATION,    PHH Mortgage Corporation,    One Mortgage Way,   Mail Stop SV01,
                 Mount Laurel, NJ 08054-4637
515815235      +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
515815236      +Pittman Mindas Et. Al.,    POB 696,   Springfield, NJ 07081-0696
515815237      +Pressler and Pressler, LLP,    7 Entin Rd.,   Parsippany, NJ 07054-5020
515815240      +Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
515887473      +Slomin’s Inc.,    Jerome O’Brien,   PO Box 505,    West Caldwell NJ 07007-0505
515815241      +Slomins Inc.,    34 Washington Parkway,   Hicksville, NY 11801-5319
516501379      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516501380      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516022733      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SEC,     ATTENTION: BANKRUPTCY DEPARTMENT,
                 MAC# D3347-014,    3476 STATEVIEW BLVD.,   FT. MILL, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:43     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515843216       E-mail/Text: mrdiscen@discover.com Dec 12 2017 23:20:04      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515815222      +E-mail/Text: mrdiscen@discover.com Dec 12 2017 23:20:04      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
515815226      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:06      Gemb/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515815230      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2017 23:20:08      Kohls/chase,   Po Box 3115,
                 Milwaukee, WI 53201-3115
515815231      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 23:20:41      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 7
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Dec 12, 2017
                              Form ID: 137             Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515815208*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,     Greensboro, NC 27410)
515815209*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,     Greensboro, NC 27410)
515815210*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,     Greensboro, NC 27410)
515815211*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,     Greensboro, NC 27410)
515815212*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,     Greensboro, NC 27410)
515815214*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bankamerica,    Mc: Nc4-105-03-14,    4161 Piedmont Pkwy,
                  Greensboro, NC 27420)
515815219*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                  Kansas City, MO 64195)
515815220*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                  Po Box 20507,    Kansas City, MO 64195)
515815233*     +Mmca/c1,    Attention:  Banktruptcy Department,    3120 Rider Trail S,
                 Earth City, MO 63045-1518
515815238*     +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515815239*     +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515815207    ##+AWA Collections,    PO Box 5545,    Orange, CA 92863-5545
                                                                                               TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-NC2 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2,
           MORTGAGE PASS-THROUGH CERTFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION
           james.shay@phelanhallinan.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION
           nj.bkecf@fedphe.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Dec 12, 2017
                              Form ID: 137             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicholas V. Rogers   on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
        Russell L. Low   on behalf of Debtor Brian T. Fultz rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 9