Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 15−30127−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 8, 2016.

   On 1/8/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 February 21, 2018
Time:               09:00 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 10, 2018
JAN: dmc

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

```
                                   United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                              Case No. 15-30127-RG
Brian T. Fultz                                                                      Chapter 13
             Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0312-2             User: admin                 Page 1 of 3                  Date Rcvd: Jan 10, 2018
                                 Form ID: 185                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Brian T. Fultz,    610 McBride Avenue, Second Floor,    Woodland Park, NJ 07424-2822
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SEC,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515815205      +Alvarado, Walter,    ATTN: Superior Court of NJ,    Passaic County,    77 Hamilton Street,
                 Paterson, NJ 07505-2040
515815206      +Americas Servicing Co/Wells Fargo Home M,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                 EAGAN, MN 55121-1786
515815213     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
515937921      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515815218     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                 Kansas City, MO 64195)
515815215      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
516022077       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515815216      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
515815217      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
515815221      +Ctbk/gardner/HSBC,    Hsbc Retail Services/Attn: Bankruptcy De,    Po Box 5213,
                 Carol Stream, IL 60197-5213
516016268      +Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
515815223      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515815224      +Eastman Properties,    651 W Mt Pleasant Ave,    Livingston, NJ 07039-1600
515815227      +GOLDMAN & WARSHAW,    P.O BOX 2500,    Caldwell, NJ 07007-2500
515815228      +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
515815229      +Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
515815225      +JessicaFultz,    615 McBride Avenue,    Woodland Park, NJ 07424-2820
515815234      +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,    PO BOX 5452,    MT LAUREL, NJ 08054-5452
515815232      +Mmca/c1,    Attention: Banktruptcy Department,    3120 Rider Trail S,
                 Earth City, MO 63045-1518
515838837      +PHH MORTGAGE CORPORATION,    PHH Mortgage Corporation,    One Mortgage Way,    Mail Stop SV01,
                 Mount Laurel, NJ 08054-4637
515815235      +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
515815236      +Pittman Mindas Et. Al.,    POB 696,    Springfield, NJ 07081-0696
515815237      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515815240      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515887473      +Slomin's Inc.,    Jerome O'Brien,    PO Box 505,    West Caldwell NJ 07007-0505
515815241      +Slomins Inc.,    34 Washington Parkway,    Hicksville, NY 11801-5319
516501379      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516501380      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516022733      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SEC,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 MAC# D3347-014,    3476 STATEVIEW BLVD.,    FT. MILL, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515843216       E-mail/Text: mrdiscen@discover.com Jan 10 2018 23:24:47      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515815222      +E-mail/Text: mrdiscen@discover.com Jan 10 2018 23:24:47      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
515815226      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:42      Gemb/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515815230      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 10 2018 23:24:51      Kohls/chase,    Po Box 3115,
                 Milwaukee, WI 53201-3115
515815231      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2018 23:25:30      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jan 10, 2018
                              Form ID: 185             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
515815208*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515815209*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515815210*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515815211*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515815212*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515815214*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,    Mc: Nc4-105-03-14,    4161 Piedmont Pkwy,
                  Greensboro, NC 27420)
515815219*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                  Kansas City, MO 64195)
515815220*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                  Po Box 20507,    Kansas City, MO 64195)
515815233*      +Mmca/c1,    Attention:  Banktruptcy Department,    3120 Rider Trail S,
                 Earth City, MO 63045-1518
515815238*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515815239*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515815207     ##+AWA Collections,    PO Box 5545,    Orange, CA 92863-5545
                                                                                     TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-NC2 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2,
               MORTGAGE PASS-THROUGH CERTFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION
               james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION
               nj.bkecf@fedphe.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jan 10, 2018
                              Form ID: 185             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicholas V. Rogers    on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
        Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                                                                                                                     TOTAL: 9