NOTICE OF OBJECTION TO CONFIRMATION

PHH MORTGAGE CORPORATION has filed papers with the Court to object to the Confirmation of the Modified Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Modified Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

File with the Court an answer, explaining your position at:

**Clerk
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC        MARIE-ANN GREENBERG, Trustee
400 Fellowship Road, Suite 100                       30 TWO BRIDGES ROAD, SUITE 330
Mt. Laurel, NJ 08054                                        FAIRFIELD, NJ 07004

Attend the hearing scheduled to be held on 02/21/2018 in the NEWARK Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

      If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: January 22, 2018

                                        <u>/s/ James P. Shay</u>
                                        James P. Shay, Esq.
                                        Phelan Hallinan Diamond & Jones, PC
                                        400 Fellowship Road, Suite 100
                                        Mt. Laurel, NJ 08054
                                        Tel: 856-813-5500 Ext. 41326
                                        Fax: 856-813-5501
                                        Email: james.shay@phelanhallinan.com

**File No. 785415**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
PHH MORTGAGE CORPORATION

| In Re:<br>　　BRIAN T. FULTZ<br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 15-30127 - RG<br><br>Hearing Date: 02/21/2018 |
|---|---|

　　The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, PHH MORTGAGE CORPORATION, the holder of a Mortgage on debtor's residence located at 610 MCBRIDE AVENUE, WOODLAND PARK, NJ 07424-2822 hereby objects to the Confirmation of the debtor's proposed Modified Chapter 13 Plan on the following grounds:

1.　　Movant is PHH MORTGAGE CORPORATION.

2.　　The Debtor BRIAN T. FULTZ is the owner of the property located at 610 MCBRIDE AVENUE, WOODLAND PARK, NJ 07424-2822.

3.　　On November 6, 2015, Movant filed Proof of Claim listing pre-petition arrears in the amount of $61,740.41.

4.　　Debtor's Modified Chapter 13 Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5.　　Debtor's proposed Modified Chapter 13 Plan provides for the Debtor's pursuit of a loan modification. Debtor's Plan is speculative in nature in that the Modified Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.

6.　　Debtor's proposed Modified Chapter 13 Plan fails to provide for full on-going, post-petition regular monthly mortgage payments.

7.      Movant objects to Debtor's proposed Modified Chapter 13 Plan as the Plan needs to fund the arrears owed to Movant during the term of the Plan rather than rely on speculation that is based on the possibility of a loan modification that has neither been offered nor approved.  Further, Debtor's proposed Modified Chapter 13 Plan needs to provide for full on-going, post-petition regular monthly mortgage payments to Movant.  Confirmation of the Debtor's proposed Plan should be denied.

WHEREFORE, PHH MORTGAGE CORPORATION respectfully requests that the Confirmation of Debtor's proposed Modified Chapter 13 Plan be denied.

/s/ James  P. Shay
James  P. Shay, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com

Dated: January 22, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>785415<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for PHH MORTGAGE CORPORATION | |
| In Re:<br><br>Brian T. Fultz | Case No: 15-30127 - RG<br><br>Hearing Date: _____<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Charles Hagan:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents PHH MORTGAGE CORPORATION in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 22, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  January 22, 2018           /s/ *Charles Hagan*
                                          Charles Hagan

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian T. Fultz<br>615 Mcbride Avenue, Woodland Park, NJ 07424-2820 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Russell L. Low, Esquire<br>505 Main Street<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.