785415
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured Creditor: PHH MORTGAGE CORPORATION</u>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN T. FULTZ

Case No: 15-30127 - RG

Hearing Date: 02/21/2018

Judge: ROSEMARY GAMBARDELLA

## ORDER RESOLVING MOTION FOR RELIEF

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**NJID 785415**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for PHH MORTGAGE CORPORATION</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:
  BRIAN T. FULTZ          CASE NO. 15-30127 - RG

                 CHAPTER 13

 Debtors

                 ORDER RESOLVING
                 MOTION FOR RELIEF

                 HEARING DATE: 02/21/2018

  This Consent Order pertains to the property located at 610 MCBRIDE AVENUE, WOODLAND PARK, NJ 07424-2822, mortgage account ending with "3167";

  THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for debtors, BRIAN T. FULTZ upon the filing of a Chapter 13 Plan, PHH MORTGAGE CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  IT IS on the        day of       , 2018, ORDERED as follows:

 1. Debtor must obtain a Loan Modification that cures all post-petition arrears by March 11, 2018.

 2. Debtor must resume making adequate protection payments owed to Secured Creditor pursuant to the Loss Mitigation Order.

 3. If Debtor does not obtain a loan modification by March 11, 2018, PHH MORTGAGE CORPORATION may re-list the instant motion for relief to pursue the entire post-petition deficiency.

 4. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
PHH MORTGAGE CORPORATION


/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com