785415
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured Creditor: PHH MORTGAGE CORPORATION</u>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| In Re: | Case No: 15-30127 - RG |
|---|---|
| BRIAN T. FULTZ | Hearing Date: 02/21/2018 |
| | Judge:  ROSEMARY GAMBARDELLA |

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER RESOLVING MOTION FOR RELIEF

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**NJID 785415**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:
    BRIAN T. FULTZ      CASE NO. 15-30127 - RG

CHAPTER 13

   Debtors

ORDER RESOLVING
MOTION FOR RELIEF

HEARING DATE: 02/21/2018

    This Consent Order pertains to the property located at 610 MCBRIDE AVENUE, WOODLAND PARK, NJ 07424-2822, mortgage account ending with "3167";

    THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for debtors, BRIAN T. FULTZ upon the filing of a Chapter 13 Plan, PHH MORTGAGE CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2018, ORDERED as follows:

1.   Debtor must obtain a Loan Modification that cures all post-petition arrears by March 11, 2018.

2.   Debtor must resume making adequate protection payments owed to Secured Creditor pursuant to the Loss Mitigation Order.

3.   If Debtor does not obtain a loan modification by March 11, 2018, PHH MORTGAGE CORPORATION may re-list the instant motion for relief to pursue the entire post-petition deficiency.

4.   This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
PHH MORTGAGE CORPORATION


/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Fultz  
    Debtor

Case No. 15-30127-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 09, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db            +Brian T. Fultz,    610 McBride Avenue, Second Floor,    Woodland Park, NJ 07424-2822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTFICATES, SERIES 2006-NC2 nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION james.shay@phelanhallinan.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
         Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                                                                                                                                                                          TOTAL: 9