Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−30127−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/18/18 at 10:30 AM

to consider and act upon the following:

*103* − Letter in support of (related document:100 Order on Motion For Relief From Stay) filed by Nicholas V. Rogers on behalf of PHH MORTGAGE CORPORATION. (Attachments: # 1 Certificate of Service) (Rogers, Nicholas)

Dated: 3/28/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court